UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| STARK DRIVE LLC, | Case No. 18-cv-04904-LB |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| | Re: ECF No. |
| CHRISTIAN ADEL MICHAEL, et al., | |
| Defendants. | |

The plaintiff is Stark Drive, LLC, a limited liability company registered in New Jersey with its principal place of business in Stockholm, Sweden.[1] The defendants are Mate.Bike International (incorporated in Denmark) and its founder, Christian Michael, a resident of Denmark.[2] Both companies offered similar electronic bicycles (called eBikes) on Indiegogo, an online crowdfunding platform.[3] Stark Drive sued Mate for state-law unfair competition claims and, as a basis for federal jurisdiction, claimed (1) misrepresentation of copyright in violation of 17 U.S.C. § 512(f) based on an alleged Digital Millennium Copyright Act ("DMCA") notice that the

---

[1] Am. Compl. – ECF No. 28 at 2 (¶ 4). Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] *Id.* (¶¶ 5, 6).

[3] *Id.* at 4 (¶11–12).

United States District Court
Northern District of California

defendants sent to Indiegogo, which then canceled Stark Drive's campaign, and (2) misuse of copyright in violation of 17 U.S.C. § 512 by those same acts.[4] The court twice granted the defendants' motions to dismiss for lack of federal jurisdiction, declined to exercise supplemental jurisdiction over the state-law claims, and dismissed the complaint without prejudice to the plaintiff's asserting the state-law claims in state court.[5] In its second dismissal order on March 1, 2019, and at Stark Drive's request, it gave Stark Drive 21 days leave to amend to plead a Lanham Act claim.[6] Stark Drive did not file an amended complaint.

As set forth in the March 1, 2019 order, the court dismisses the case for lack of federal jurisdiction and declines to exercise supplemental jurisdiction over the state claims. The dismissal of the state claims is without prejudice to the plaintiff's asserting them in state court.

**IT IS SO ORDERED.**

Dated: May 19, 2019

_____
LAUREL BEELER
United States Magistrate Judge

---

[4] *Id.* at 1 (¶ 1); *see also* Compl. – ECF No. 1.

[5] Mot. – ECF No. 12; Mot. – ECF No. 29; Order – ECF No. 27; Order – ECF No. 55. All parties consented to magistrate-judge jurisdiction. Consent Forms – ECF Nos. 8, 15.

[6] Order – ECF No. 55 at 10.